UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-CV-00148-FDW-DSC

| | |
|---|---|
| SYCAMORE BREWING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER and |
| ) | NOTICE OF HEARING |
| STONE BREWING CO., LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, (Doc. No. 5). Rule 65(b)(1)(B) of the Federal Rules of Civil Procedure clearly provides that a court may issue a temporary restraining order without notice to the adverse party only if "the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required" ("**Rule 65 Certification**"). Plaintiff's Motion, which moves this Court to issue a temporary restraining order against Defendant without written or oral notice to Defendant, does not include Plaintiff's counsel's Rule 65 Certification. Accordingly, this Court cannot grant the extraordinary relief – the issuance of an *ex parte* temporary restraining order – that Plaintiff requests. See Fed. R. Civ. P. 65(b).

IT IS THEREFORE ORDERED that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, (Doc. No. 5), is DENIED IN PART, to the extent it seeks a temporary restraining order. The Court DEFERS IN PART a ruling on the Motion to the extent it seeks a preliminary injunction.

TAKE NOTICE that a hearing on the pending Motion for a Temporary Restraining Order and Preliminary Injunction, (Doc. No. 5), to the extent it seeks a preliminary injunction, will take

place before the undersigned on Wednesday, April 20, 2022, at 2:00 p.m. in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina. Oral arguments will be limited to twenty (20) minutes per side. **Plaintiff is responsible for immediately providing notice of the hearing to Defendant Stone Brewing Co., LLC.**

    IT IS SO ORDERED.

Signed: April 11, 2022

Frank D. Whitney
United States District Judge