IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SYCAMORE BREWING LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>STONE BREWING CO., LLC,<br><br>                      Defendant. | Case No. 3:22-cv-00148-FDW-DSC |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT Stone Brewing Co., LLC, by and through its counsel, pursuant to 28 U.S.C. § 1292(a)(1), appeals to the United States Court of Appeals for the Fourth Circuit from the preliminary injunction ordered by the District Court for the Western District of North Carolina entered on April 21, 2022, (ECF No. 22).

Dated: April 22, 2022

Respectfully submitted,

 /s/ Douglas S. Curran
Douglas S. Curran (*pro hac vice*)
BraunHagey & Borden LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Email: curran@braunhagey.com

Adam L. Ross (NC State Bar 31766)
Jennifer M. Houti (NC State Bar 45442)
James, McElroy & Diehl, P.A.
525 North Tryon Street, Suite 700
Charlotte, North Carolina 28202
Telephone: (704) 372-9870
Email: aross@jmdlaw.com
 jhouti@jmdlaw.com

*Attorneys for Defendant Stone Brewing Co., LLC*