# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# Case No. 3:22-cv-00148

| | |
|---|---|
| SYCAMORE BREWING LLC,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>STONE BREWING CO., LLC,<br><br>    Defendant / Counterclaim Plaintiff. | **ORDER** |

THIS MATTER is before the Court on the parties' joint motion (Doc. No. 50) to: (i) dissolve the preliminary injunction issued on April 21, 2022 (Doc. No. 22), as modified on May 12, 2022 (Doc. No. 45) (the "Preliminary Injunction"); and (ii) return the associated $50,000 cash bond to Sycamore (*see* Doc. No. 23). The Court also notes the parties have filed a Notice of Dismissal of Appeal indicating the Fourth Circuit Court of Appeals has dismissed the appeal of this Court's injunction. (Doc. No. 49).

IT IS THEREFORE ORDERED that for the reasons stated in the joint motion, (Doc. No. 50), it is GRANTED.

IT IS FURTHER ORDERED that *first,* the Preliminary Injunction is fully and completely dissolved; and *second,* the Clerk's Office is directed to return the $50,000 cash bond posted by Sycamore Brewing LLC ("Sycamore") to Sycamore.

IT IS SO ORDERED.

Signed: May 18, 2022

_____
Frank D. Whitney
United States District Judge